UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI MALIH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KRISTI LYNN ARNOLD NOEM,<br>Secretary of Homeland Security for<br>United States Department of Homeland<br>Security,<br><br>　　　　Defendant. | Case No. 1:25-cv-01304-KES-CDB<br><br>ORDER ON STIPULATION FOR TEMPORARY ABEYANCE<br><br>ORDER REQUIRING PARTIES TO FILE A JOINT STATUS REPORT<br><br>(Doc. 5) |

　　　　Plaintiff Fadi Malih ("Plaintiff") initiated this action with the filing of a complaint against Defendant Kristi Lynn Arnold Noem, Secretary of Homeland Security for the United States Department of Homeland Security ("Defendant") on October 3, 2025. (Doc. 1). Plaintiff alleges that Defendant and U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed the adjudication of his Form I-589 asylum application which was filed on July 22, 2016. *Id.* ¶ 11. Plaintiff seeks the Court order Defendant to schedule an interview for his pending asylum application. *Id*. at 14.

　　　　Pending before the Court is the parties' stipulated request, filed December 5, 2025, for order of temporary abeyance. (Doc. 5). The parties represent in their stipulation that USCIS has scheduled Plaintiff's asylum interview for January 12, 2026, and that after the interview, USCIS will require time to adjudicate Plaintiff's application. *Id*. at 1. The parties therefore stipulate and request that this matter be held in abeyance through May 12, 2026, and that all filing and case management deadlines be vacated. *Id*. at 2.

///

**Conclusion and Order**

Accordingly, in light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. With the exception of the filing requirement below, all other filing requirements and case management dates are VACATED; and

2. The parties shall file a joint status report no later than May 12, 2026, addressing the status of this case. Unless Plaintiff challenges the timeliness of Defendant's response to the complaint, the parties shall identify in their joint report (1) a date by which Defendant shall respond to the complaint, and (2) two dates of mutual availability within 30 days thereafter to convene for a scheduling conference as necessary.

IT IS SO ORDERED.

Dated: __December 8, 2025__                    _____
                                               UNITED STATES MAGISTRATE JUDGE

2