UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FADI MALIH,

          Plaintiff,

    v.

KRISTI LYNN ARNOLD NOEM,
Secretary of Homeland Security for
United States Department of Homeland
Security,

          Defendant.

Case No. 1:25-cv-01304-KES-CDB

ORDER ON STIPULATION EXTENDING
TIME *NUNC PRO TUNC* FOR DEFENDANT
TO FILE A RESPONSE TO PLAINTIFF'S
COMPLAINT

(Doc. 9)

ORDER CONTINUING JULY 22, 2026,
SCHEDULING CONFERENCE

(Doc. 8)

Plaintiff Fadi Malih ("Plaintiff") initiated this action with the filing of a complaint against Defendant Kristi Lynn Arnold Noem, Secretary of Homeland Security for the United States Department of Homeland Security ("Defendant") on October 3, 2025.  (Doc. 1).  On December 8, 2025, the Court entered an order on the parties' stipulation for temporary abeyance and directed the parties to file a joint status report addressing the status of the case and for further scheduling of this action.  (Doc. 6).  Following review of the parties' joint status report (Doc. 7) in response to the Court's order, on May 14, 2026, the Court ordered Defendant to file no later than June 26, 2026, a response to Plaintiff's complaint, and for the parties to appear for a scheduling conference on July 22, 2026, at 9:00 AM in Bakersfield before the undersigned.  (Doc. 8).

Pending before the Court is the parties' stipulated request for an extension of time for Defendant to respond to the complaint through and including July 27, 2026, filed on June 25, 2026. (Doc. 9).  The parties represent that Defendant is continuing to work towards a final adjudication of Plaintiff's Form I-589 asylum application and needs an additional 30-days to complete background checks necessary in the adjudication process.  *Id.* at 1.  The parties further request that

all other filing deadlines and the scheduling conference be vacated or similarly extended and reset. *Id.* at 2.

**Conclusion and Order**

Accordingly, in light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. Defendant SHALL FILE no later than **July 27, 2026**, a response to Plaintiff's complaint (Doc. 1); and

2. The scheduling conference set for July 22, 2026 (Doc. 8) is CONTINUED to **August 10, 2026, at 10:00 AM** in Bakersfield (CDB) before Magistrate Judge Christopher D. Baker.  The parties shall appear at the conference remotely via Zoom video conference, and counsel shall obtain the Zoom ID and password from the Courtroom Deputy at least 24 hours prior to the conference. The parties are directed to file a joint scheduling conference statement in compliance with the procedures set forth in the Order Setting Mandatory Scheduling Conference (*see* Doc. 3).

IT IS SO ORDERED.

Dated:    **June 29, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2